*In re* KAREM M. CEDEÑO RIVERA.

*Número:* TS-13252          *Resuelto:* 31 de mayo de 2002

*Karem M. Cedeño Rivera, pro se.*

## RESOLUCIÓN

Examinada la moción de 19 de abril de 2002 presentada por Karem M. Cedeño Rivera, para solicitar su reinstalación al ejercicio de la abogacía, se declara con lugar, como se pide.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señora Naveira de Rodón, Señor Fuster Berlingeri y Señor Corrada Del Río no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*